# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTELLA GONZALEZ-ARGUELLO,<br><br>Defendant. | Case No. 20CR3031-JLS<br><br><br>**ORDER CONTINUING MOTION IN LIMINE HEARING AND JURY TRIAL** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED,** that the Motion In Limine hearing in Case No. 20CR3031-JLS is continued from December 10, 2021 at 2:00 p.m., to March 11, 2022 at 2:00 p.m and the Jury Trial is continued from January 24, 2022 at 9:00 a.m. to March 29, 2022 at 9:00 a.m..

For the reasons set forth in the joint motion, the Court finds good cause that time is excludable under 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED.**

Dated: December 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge